**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samuel Nicholas,<br>Plaintiff,<br>v.<br>City of West Covina et al,<br>Defendants. | Case No. 2:22-cv-02425-PA-AYP<br>JUDGEMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: August 4, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE